UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM DUTCHER,

        Plaintiff,

   v.

JOSEPH LEHMAN,

        Defendant.

Case No.  C04-5506RBL

ORDER

    This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on the parties' filing of a stipulated order for an extension of the time to file the joint status report (Dkt. #43).  After reviewing the record, the undersigned hereby finds and orders as follows:

    Both parties filed the stipulated motion on September 16, 2005, in light of the fact that they each had a motion for summary judgment pending before the court and that the joint status report was due September 19, 2005.  However, because the undersigned has recommended that the court grant defendants motion for summary judgment, the stipulated motion hereby is DENIED as moot. See Report and Recommendation, dated same day herewith.  Needless to say, should the court not adopt the report and recommendation, the undersigned will set a new deadline for filing the joint status report upon re-referral.

ORDER
Page - 1

1     The clerk is directed to send a copy of this Order to plaintiff and to counsel for defendant.

2     DATED this 4th day of October, 2005.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge